# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOSEPH ROBINSON, ADC # 104161**                    **PLAINTIFF**

**v.**                         **Case No. 4:10-cv-2028-DPM**

**DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility
(PCRDF); SHAWN O. SMITH, Major,
PCRDF; and BRAWLEY, Sergeant, PCRDF**          **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, *Document No. 5*, and Joseph Robinson's objection, *Document No. 7*, and grievance, *Document No. 8*. After conducting a *de novo* review, the Court adopts Judge Volpe's recommended disposition as its own with one correction. FED. R. CIV. P. 72(b)(3). The *Twombly* citation is 550 U.S. 544, 570 (2007).

Robinson's complaint is dismissed with prejudice. An *in forma pauperis* appeal from this order and the accompanying Judgment would not be in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006). This dismissal constitutes a "strike" under the Prison Litigation Reform Act. 28 U.S.C.A. § 1915(g) (West

2006).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 June 2011