IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH ROBINSON, ADC # 104161**   PLAINTIFF

v.   Case No. 4:10-cv-2028-DPM

**DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility
(PCRDF); SHAWN O. SMITH, Major,
PCRDF; and BRAWLEY, Sergeant, PCRDF**   DEFENDANTS

JUDGMENT

Robinson's complaint is dismissed with prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2011